[Decided March 29, 1892.]

## *BUCHTEL v. BODE.

[S. C. 29 Pac. Rep. 438.]

APPEAL—REFEREE'S REPORT—WEIGHT OF EVIDENCE.—A decree in equity supported by the evidence will be affirmed on appeal, when the only question is one of fact.

Multnomah County: LOYAL B. STEARNS, Judge.

Suit by Joseph Buchtel against Frank Bode to redeem fifty shares of the capital stock of the City View Park Association, which plaintiff claimed to have transferred to defendant as collateral security for the payment of a debt. There was a decree for defendant, and plaintiff appeals. Affirmed.

*Hall & Showers*, and *R. & E. B. Williams & Carey*, for Appellant.

*Dolph, Bellinger, Mallory & Simon*, and *Sears & Beach*, for Respondent.

PER CURIAM.—The only question in the case is one of fact, and is whether the transfer of the stock was as a

*Not heretofore officially reported.

pledge or an absolute sale. The evidence has been carefully examined, and we think it fully supports the defendant's contention, and the decree of the court below is therefore AFFIRMED.